IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00585-BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

ROBERT H. QUINN, III,

    Applicant, named as Plaintiff,

v.

UNITED STATES GOVERNMENT,

    Respondent, named as Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant, Robert H. Quinn, III, named as Plaintiff, currently is in the custody of the Colorado Department of Corrections (DOC) and is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. He has submitted a document titled "Notice of Discharge and Demand for Immediate Release Upon Affidavit and Presented Prima Facie Evidence Attached Hereto" and a document titled "Notice to Cease and Desist Illegal Use of Copyrighted Property Lawful Public Notice All "Contracts" Canceled." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Although in his "Notice of Discharge and Demand for Immediate Release Upon Affidavit and Presented Prima Facie Evidence Attached Hereto" Mr. Quinn asks for his immediate release from custody, he fails to make clear whether he is attacking validity

of his conviction, whereupon he must file a habeas corpus application pursuant to 28 U.S.C. § 2254, or the execution of his sentence, whereupon he must file a habeas corpus application pursuant to 28 U.S.C. § 2241.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action; Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (to be used only if Applicant is attacking the validity of his conviction); Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (to be used only if Applicant is attacking the execution of his sentence). It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 21st day of March, 2008.

BY THE COURT:

Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 00585** BNB

Robert H. Quinn, III
Prisoner No. 131183
Fremont Corr. Facility
PO Box 999 - LU 4
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk